CO-386-online
10/03

# United States District Court
# For the District of Columbia

The James Madison Project, et al.  )
)
)
)
                   Plaintiff  )   Civil Action No. 20-1488
vs  )
Central Intelligence Agency, et al.  )
)
)
                   Defendant  )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __The James Madison Project__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __The James Madison Project__ which have any outstanding securities in the hands of the public:

None

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record
_(signature)_
Signature

975905
BAR IDENTIFICATION NO.

Bradley P. Moss
Print Name

1250 Connecticut Avenue, N.W., Suite 700
Address

Washington   D.C.   20036
City   State   Zip Code

(202) 907-7945
Phone Number