# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| THE JAMES MADISON PROJECT, et al., | * * * * | |
| Plaintiffs, | * * | |
| v. | * * | Civil Action No. 20-1488 (RC) |
| CENTRAL INTELLIGENCE AGENCY, et al., | * * * * | |
| Defendants. | * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF PROOF OF SERVICE (USAG)

Date:   June 22, 2020

                Respectfully submitted,

                  /s/

                _____
                Bradley P. Moss, Esq.
                D.C. Bar #975905
                Mark S. Zaid, Esq.
                D.C. Bar #440532
                Mark S. Zaid, P.C.
                1250 Connecticut Avenue, N.W.
                Suite 700
                Washington, D.C. 20036
                (202) 454-2809
                (202) 330-5610 fax
                Brad@MarkZaid.com
                Mark@MarkZaid.com

                Attorneys for Plaintiffs