**UNITED STATES**
**POSTAL SERVICE**

June 22, 2020

Dear Brad Moss:

The following is in response to your request for proof of delivery on your item with the tracking number:
**9514 8067 0321 0160 2540 55**.

| Item Details | |
| --- | --- |
| **Status:** | Delivered |
| **Status Date / Time:** | June 12, 2020, 4:49 am |
| **Location:** | WASHINGTON, DC 20530 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |

| Shipment Details | |
| --- | --- |
| **Weight:** | 4.0oz |

| Recipient Signature | |
| --- | --- |
| Signature of Recipient: | *Eddie L Anderson* |
| | *EDDIE L ANDERSON* |
| Address of Recipient: | *Justice 20530* |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004