IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE JAMES MADISON PROJECT and JOSH GERSTEIN,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>CENTRAL INTELLIGENCE AGENCY, *et al*.,<br><br>　　　　Defendants. | Civil Action No. 1:20-cv-1488 (RC) |

**JOINT STATUS REPORT**

This lawsuit involves six separate FOIA requests, made to the Central Intelligence Agency ("CIA"), Federal Bureau of Investigation ("FBI"), National Security Agency ("NSA"), Department of State ("State"), Department of the Treasury ("Treasury"), and the Office of the Director of National Intelligence ("ODNI") (collectively "the Agencies"). Plaintiffs seek copies of records "that identify or list the names of authorized officials who submitted a request to unmask the identity of a U.S. person who was generically referenced in a foreign intelligence report from January 1, 2016, up until the date the agency begins conducting actual searches for responsive records." Am. Compl. ¶ 18. Plaintiffs have since clarified that they are seeking all unmasking requests, whether sent to an agency ("inbound requests") or from an agency ("outbound requests"), and also seek the name of the requestor, the date of the request, and therefore the number of times that requestor made unmasking requests. Plaintiffs have voluntarily excluded "the underlying foreign intelligence report or information at issue, the

identity of the individual who had been masked, or the written justification that was submitted as part of the unmasking request." *Id.* ¶ 20.

While the Agencies have begun the search process, the Parties acknowledge that it will likely take considerable time to complete searching and processing of any responsive, non-exempt records subject to the FOIA (if there are any).  The Parties have therefore been negotiating whether a narrower, short-term production would be possible, *i.e.*, a production that could be completed by or in October.  Specifically, the Parties are discussing whether some or all of the Agencies would be able to produce either non-exempt portions of responsive records or a list reflecting whether any of the individuals mentioned in paragraph 19 of Plaintiffs' Amended Complaint submitted unmasking requests to the respective Agencies.  The Parties are continuing those discussions, and respectfully request that they be given an additional fourteen days, or until Monday, August 10, to determine whether they can reach a negotiated agreement.  The Parties further propose that they will submit a Joint Status Report with a proposed schedule, if appropriate, on that date.

Dated: July 27, 2020

Respectfully submitted,

ETHAN P. DAVIS
Acting Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director

*/s/ Joseph E. Borson*
JOSEPH E. BORSON (Va. Bar No. 85519)
Trial Attorney, U. S. Dept. of Justice
Civil Division, Federal Programs Branch
1100 L St., NW
Washington, D.C. 20005
Tel.     (202) 514-1944
Joseph.Borson@usdoj.gov

Attorney for Defendants

/s/ *Bradley P. Moss*
_____
Bradley P. Moss, Esq.
D.C. Bar #975905
Mark S. Zaid, Esq.
D.C. Bar #440532
Mark S. Zaid, P.C.
1250 Connecticut Avenue, N.W.
Suite 700
Washington, D.C. 20036
(202) 454-2809
(202) 330-5610 fax
Brad@MarkZaid.com
Mark@MarkZaid.com

Attorneys for Plaintiffs